ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED U.S. DISTRICT COURT

2007 JUN 29 A 8:27

| | | |
|---|---|---|
| IN RE: EXEMPTION FROM FEES TO PACER FOR PRO SE SHARON BUSH ELLISON FOR LEGAL RESEARCH: | ) ) ) ) | |
| SHARON BUSH ELLISON, | ) ) | MC 106-012 |
| Movant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice.

SO ORDERED this 29th day of June, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE